**No. 60218.**—Sandoz Chemical Works, Inc. *v.* United States, protest 241713–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of Ekaline F, which product is not obtained from any oil, fat, or fatty acid described in the Internal Revenue Code, but is derived in part from sperm oil, which is not covered by the statute, the claim of the plaintiff was sustained.